**B1 (Official Form 1)(1/08)**

| United States Bankruptcy Court<br>Southern District of California | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**T&R Transport, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**65-1286611** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**12343 Oak Knoll Rd.**<br>**Poway, CA**<br>ZIP Code **92064** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**San Diego** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ■ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

**Estimated Assets**
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(1/08) Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | T&R Transport, Inc. |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed:  - None - | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor:  - None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>Signature of Attorney for Debtor(s)          (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08) Page 3

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**T&R Transport, Inc.**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Craig Trenton**
Signature of Attorney for Debtor(s)

**Craig Trenton 165973**
Printed Name of Attorney for Debtor(s)

**Craig Trenton**
Firm Name

**1855 First Ave. Suite 101
San Diego, CA
92101,**

Address

**619-544-0669  Fax: (619)236-1148**
Telephone Number

**January 11, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Frank Cuevas**
Signature of Authorized Individual

**Frank Cuevas**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**January 11, 2010**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of California

In re   **T&R Transport, Inc.**                                                   Case No.
                                        Debtor(s)                                 Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **Asbury Enviromental Services**<br>Asbury Enviromental Services<br>41899<br>Los Angeles, CA 90074 | **Asbury Enviromental Services**<br>Asbury Enviromental Services<br>41899<br>Los Angeles, CA 90074 | **Collection** | | 30,000.00 |
| **AT&T Univeral**<br>8787 Baypine Rd<br>Jacksonville, FL 32256 | **AT&T Univeral**<br>8787 Baypine Rd<br>Jacksonville, FL 32256 | **Collections** | | 5,000.00 |
| **Chase**<br>POB 78116<br>Phoenix, AZ 85062 | **Chase**<br>POB 78116<br>Phoenix, AZ 85062 | | | 15,000.00 |
| **Chuck Rogers**<br>2305 Pio Pico Dr.<br>Carlsbad, CA 92008 | **Chuck Rogers**<br>2305 Pio Pico Dr.<br>Carlsbad, CA 92008 | | | 250,000.00 |
| **Citibank Master Card**<br>616 W 3rd Ave.<br>Escondido, CA 92025 | **Citibank Master Card**<br>616 W 3rd Ave.<br>Escondido, CA 92025 | | | 50,000.00 |
| **Citibank Visa**<br>POB 6406<br>The Lakes, NV 88901 | **Citibank Visa**<br>POB 6406<br>The Lakes, NV 88901 | | | 15,000.00 |
| **D&L Tire**<br>P.O. Box 607<br>Escondido, CA 92033 | **D&L Tire**<br>P.O. Box 607<br>Escondido, CA 92033 | | | 10,000.00 |
| **Franchise Tax Board**<br>PO Box 942867<br>Sacramento, CA 94267 | **Franchise Tax Board**<br>PO Box 942867<br>Sacramento, CA 94267 | | | 15,000.00 |
| **Internal Revenue Service**<br>880 Front Street<br>Attn: Insolvency<br>San Diego, CA 92101 | **Internal Revenue Service**<br>880 Front Street<br>Attn: Insolvency<br>San Diego, CA 92101 | | | 320,000.00 |
| **JD Built**<br>1624 Verla LAne<br>Escondido, CA 92027 | **JD Built**<br>1624 Verla LAne<br>Escondido, CA 92027 | | | 6,000.00 |
| **McKinney Trailer Rental**<br>8400 E. Slauson Ave.<br>Pico Rivera, CA 90660 | **McKinney Trailer Rental**<br>8400 E. Slauson Ave.<br>Pico Rivera, CA 90660 | | | 50,000.00 |

B4 (Official Form 4) (12/07) - Cont.

In re  **T&R Transport, Inc.**                                        Case No.  _____
                          Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Mountain Air<br>616 W. 3rd Ave.<br>Escondido, CA 92025 | Mountain Air<br>616 W. 3rd Ave.<br>Escondido, CA 92025 | | | 15,000.00 |
| Navistar Financial Corp.<br>P.O. Box 96070<br>Chicago, IL 60693 | Navistar Financial Corp.<br>P.O. Box 96070<br>Chicago, IL 60693 | | | 80,000.00 |
| North Carolina Dept.of Revenue<br>P.O. Box 25000<br>Raleigh, NC 27640 | North Carolina Dept.of Revenue<br>P.O. Box 25000<br>Raleigh, NC 27640 | | | 5,000.00 |
| Paul Delgadillo<br>427 10th Street<br>Del Mar, CA 92014 | Paul Delgadillo<br>427 10th Street<br>Del Mar, CA 92014 | | | 250,000.00 |
| Penske Truck Leasing<br>P.O. Box 7429<br>Pasadena, CA 91109 | Penske Truck Leasing<br>P.O. Box 7429<br>Pasadena, CA 91109 | | | 160,000.00 |
| Star Towing<br>8060 Armour St.<br>San Diego, CA 92111 | Star Towing<br>8060 Armour St.<br>San Diego, CA 92111 | | | 30,000.00 |
| Stearns Business Machines<br>507 Vista Way<br>Oceanside, CA 92054 | Stearns Business Machines<br>507 Vista Way<br>Oceanside, CA 92054 | | | 30,000.00 |
| TCI Thermo King<br>6463 Flowers Rd.<br>Wilson, NC 27894 | TCI Thermo King<br>6463 Flowers Rd.<br>Wilson, NC 27894 | | | 150,000.00 |
| Watts Anderson Corp.<br>5209 Windmill St. | Watts Anderson Corp.<br>5209 Windmill St. | | | 500,000.00 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **January 11, 2010**                Signature  **/s/ Frank Cuevas**
                                                     **Frank Cuevas**
                                                     **President**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

AIG
22427 Network Place
Chicago, IL 60673


Americredit
P.O. Box 78143
Phoenix, AZ 85062


Asbury Enviromental Services
Asbury Enviromental Services
41899
Los Angeles, CA 90074


AT&T Univeral
8787 Baypine Rd
Jacksonville, FL 32256


California Fleetworks LLC
P.O. Box 712642
Santee, CA 92072


Chase
POB 78116
Phoenix, AZ 85062


Chuck Rogers
2305 Pio Pico Dr.
Carlsbad, CA 92008


Citibank Master Card
616 W 3rd Ave.
Escondido, CA 92025


Citibank Visa
POB 6406
The Lakes, NV 88901

```
Cox
POB 79171
Phoenix, AZ 85062



D&L Tire
P.O. Box 607
Escondido, CA 92033



Ford Credit
PO Box 7172
Pasadena, CA 91109



Franchise Tax Board
PO Box 942867
Sacramento, CA 94267



Gleaseon Leasing
P.O. Box 1462
Sunset Beach, CA 90742



GMAC
PO Box 78234
Phoenix, AZ 85062



Grainger
1324 Linda Vista Dr.
San Marcos, CA 92078



Guy Smith
1025 Grand Ave.
San Marcos, CA 92069



Internal Revenue Service
880 Front Street
Attn: Insolvency
San Diego, CA 92101
```

JD Built
1624 Verla LAne
Escondido, CA 92027


Kearny Mesa Truck Center
5624 Kearny Villa d.
San Diego, CA 92123


McKinney Trailer Rental
8400 E. Slauson Ave.
Pico Rivera, CA 90660


Mission Financial Services
P.O. Box 29049
Santa Ana, CA 92799


Mountain Air
616 W. 3rd Ave.
Escondido, CA 92025


Navistar Financial Corp.
P.O. Box 96070
Chicago, IL 60693


Nextel
P.O. Box 4181
Carol Stream, IL 60197


North Carolina Dept.of Revenue
P.O. Box 25000
Raleigh, NC 27640


Parra Accounting
1918 S. Coast Highway
Oceanside, CA 92054

```
Paul Delgadillo
427 10th Street
Del Mar, CA 92014



Penske Truck Leasing
P.O. Box 7429
Pasadena, CA 91109



Petes Road Service
2230 E. Orangethorpe Ave.
Fullerton, CA 92831



Premium Financing Services
P.O. Box 3029 Bothell
Bothell, WA 98041



Prudential Coverall Supply
P.O. Box 11210
Santa Ana, CA 92711



San Diego Spring & Suspension
3031 Pennant Way
San Diego, CA 92122



SDG&E
PO Box 25111
Santa Ana, CA 92799



Secretary of State of Info.
P.O. Box 944230
Sacramento, CA 94244



Shuster Oil Co.,Inc.
P.O. Box 456
Escondido, CA 92033
```

```
Sparkletts Water
P.O. Box 660579
Dallas, TX 75266


Sprint
PO Box 219718
Kansas City, MO 64121


Star Towing
8060 Armour St.
San Diego, CA 92111


Stearns Business Machines
507 Vista Way
Oceanside, CA 92054


T&R Transport
2530 Vista Way Suite F131
Oceanside, CA 92054


TCI Thermo King
6463 Flowers Rd.
Wilson, NC 27894


Trailmaster
P.O. Box 4771
Covina, CA 91723


Transure Services
P.O. Box 276
Whitsett, NC 27377


Verizon
PO Box 9688
Mission Hills, CA 91346
```

```
Victor Delgadillo
841 6th St.
San Diego, CA 92114


Wachovia
PO Box 25341
Santa Ana, CA 92799


Watts Anderson Corp.
5209 Windmill St.
```

**United States Bankruptcy Court**
**Southern District of California**

In re  **T&R Transport, Inc.**                                      Case No. _____

                                    Debtor(s)                         Chapter   **11**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

   I, **Frank Cuevas**, declare under penalty of perjury that I am the **President** of **T&R Transport, Inc.**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the  **11th**  day of   **01**, 20 **10** .

   "Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

   Be It Therefore Resolved, that **Frank Cuevas**, **President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

   Be It Further Resolved, that **Frank Cuevas**, **President** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

   Be It Further Resolved, that **Frank Cuevas**, **President** of this Corporation is authorized and directed to employ **Craig Trenton 165973**, attorney and the law firm of **Craig Trenton** to represent the corporation in such bankruptcy case."

Date   **January 11, 2010**                                          Signed   _____
                                                                              **Frank Cuevas**

Resolution of Board of Directors
of
**T&R Transport, Inc.**

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter **11** of Title 11 of the United States Code;

Be It Therefore Resolved, that **Frank Cuevas**, **President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Frank Cuevas**, **President** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Frank Cuevas**, **President** of this Corporation is authorized and directed to employ **Craig Trenton 165973**, attorney and the law firm of **Craig Trenton** to represent the corporation in such bankruptcy case.

Date  **January 11, 2010**　　　　　　　　　Signed _____

Date  **January 11, 2010**　　　　　　　　　Signed _____